# EXHIBIT "A"

| No. 1 | Jonny Marlow |
|---|---|
| **Registration No.:** VA 2-332-270 | **Registration Date:** December 6, 2022 |
| **Title of Work:** 300-Stephanie_Hsu_249-scr ||
| **Original** ||



1. https://consequence.net/2023/02/david-byrne-oscars-2023-stephanie-hsu-son-lux/

**Screenshot**

