# Certificate of Registration

**EXHIBIT "B"**





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-332-270**

**Effective Date of Registration:**
December 06, 2022
**Registration Decision Date:**
January 06, 2023

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published:   January 16, 2022 to June 26, 2022

## Title

**Title of Group:** Jonny Marlow 2022 (22001003;007;009; 013;014
**Number of Photographs in Group:** 175

- **Individual Photographs:** img20220116_13041403, img20220116_13101098, img20220116_13334106, img20220202_14120146, img20220202_14233214, img20220202_14242029, img20220202_14330529, img20220202_14350282, img20220202_14365039, img20220202_14391131, img20220202_14414712, img20220202_14534213, img20220202_14555201, img20220202_14575723, img20220202_14592254, img20220202_15023405, img20220116_13541944, img20220116_13574062, img20220116_14033685, img20220116_14101517, img20220116_14143550, img20220116_14275563, img20220116_12385017_1, img20220116_13312335_2, img20220116_13375830_1, img20220116_13375830_4, img20220116_13475330_1, img20220116_13521553_3, img20220116_14154463_2, img20220116_14202403_2,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5348,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5469,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5756,
Harry_Hamlin_Lisa_Rinna_People_Magazine_4728,
Harry_Hamlin_Lisa_Rinna_People_Magazine_4755,
Harry_Hamlin_Lisa_Rinna_People_Magazine_4945,
Harry_Hamlin_Lisa_Rinna_People_Magazine_4999,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5018,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5042,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5055,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5061,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5106,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5115,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5193,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5208,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5223,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5229,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5231,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5258,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5291,
Harry_Hamlin_Lisa_Rinna_People_Magazine_5303,

|  |  |
|---|---|
|  | Harry_Hamlin_Lisa_Rinna_People_Magazine_5357, Harry_Hamlin_Lisa_Rinna_People_Magazine_5366, Harry_Hamlin_Lisa_Rinna_People_Magazine_5375, Harry_Hamlin_Lisa_Rinna_People_Magazine_5394, Harry_Hamlin_Lisa_Rinna_People_Magazine_5399 |
| **Published:** | January 2022 |
| • **Individual Photographs:** | Harry_Hamlin_Lisa_Rinna_People_Magazine_5539, Harry_Hamlin_Lisa_Rinna_People_Magazine_5679, img20220123_17472427, Stephanie_Hsu_227-scr, Stephanie_Hsu_234-scr, Stephanie_Hsu_238-scr, Stephanie_Hsu_251-scr, Stephanie_Hsu_254-scr, Stephanie_Hsu_201-scr, 300-Stephanie_Hsu_241-scr, 300-Stephanie_Hsu_249-scr, Stephanie_Hsu_030-scr, Stephanie_Hsu_047-scr, Stephanie_Hsu_060-scr, Stephanie_Hsu_068-scr, Stephanie_Hsu_082-scr, Stephanie_Hsu_087-scr, Stephanie_Hsu_095-scr, Stephanie_Hsu_105-scr, Stephanie_Hsu_118-scr, Stephanie_Hsu_125-scr, Stephanie_Hsu_137-scr, Stephanie_Hsu_142-scr, Stephanie_Hsu_143-scr, Stephanie_Hsu_149-scr, Stephanie_Hsu_157-scr, Stephanie_Hsu_159-scr, Stephanie_Hsu_169-scr, Stephanie_Hsu_172-scr, Stephanie_Hsu_181-scr, Stephanie_Hsu_186-scr, Stephanie_Hsu_189-scr, 300-Stephanie_Hsu_228-scr, Stephanie_Hsu_212-scr, Stephanie_Hsu_216-scr, Stephanie_Hsu_222-scr, Stephanie_Hsu_224-scr, 300-Stephanie_Hsu_043-scr, 300-Stephanie_Hsu_121-scr, 300-Stephanie_Hsu_140-scr, 300-Stephanie_Hsu_147-scr, 300-Stephanie_Hsu_168-scr, 300-Stephanie_Hsu_210-scr, 300-Stephanie_Hsu_219-scr, Jasmin_SAvoy_Brown_0364, Jasmin_SAvoy_Brown_0385, Jasmin_SAvoy_Brown_0417, Jasmin_SAvoy_Brown_0424, Jasmin_SAvoy_Brown_0811, Jasmin_SAvoy_Brown_0820, Jasmin_SAvoy_Brown_0860, Jasmin_SAvoy_Brown_1011, Jasmin_SAvoy_Brown_1365, Jasmin_SAvoy_Brown_1367, Jasmin_SAvoy_Brown_1434, Jasmin_SAvoy_Brown_1441, Jasmin_SAvoy_Brown_1617, Jasmin_SAvoy_Brown_1718, Jasmin_SAvoy_Brown_1947, Jasmin_SAvoy_Brown_1968, Jasmin_SAvoy_Brown_2035, Jasmin_SAvoy_Brown_2072 |
| **Published:** | January 2022 |
| • **Individual Photographs:** | 300-Quinta_Brunson_PERSONA_19502, 300-Quinta_Brunson_PERSONA_19516, 300-Quinta_Brunson_PERSONA_19522, 300-Quinta_Brunson_PERSONA_19534, 300-Quinta_Brunson_PERSONA_19580, 300-Quinta_Brunson_PERSONA_19604, 300-Quinta_Brunson_PERSONA_19661, 300-Quinta_Brunson_PERSONA_19694, 300-Quinta_Brunson_PERSONA_19863, 300-Quinta_Brunson_PERSONA_20184, 300-Quinta_Brunson_PERSONA_20341, 300-Quinta_Brunson_PERSONA_20418, 300-Quinta_Brunson_PERSONA_20436, 300-Quinta_Brunson_PERSONA_20448, 300-Quinta_Brunson_PERSONA_20552, 300-Quinta_Brunson_PERSONA_19729, 300-Quinta_Brunson_PERSONA_19736, 300-Quinta_Brunson_PERSONA_19805, 300-Quinta_Brunson_PERSONA_19862, 300-Quinta_Brunson_PERSONA_20636 |
| **Published:** | February 2022 |



- **Individual Photographs:** img20220629_17043299_2, img20220629_17115444_1, img20220629_17251266_1, img20220629_17340976_3, img20220629_17344195_4, img20220629_17344195, img20220629_17425959, img20220629_17513963_1, img20220629_17513963, img20220629_17572951_2, img20220629_17592896_1, img20220629_18072590_1, img20220629_18100525_2, img20220629_18153467_1, img20220629_18160989_1, img20220702_17323253_2, img20220702_17323253, Zoey_20220716_16234703_0049PRINTONLY_rgb, Zoey_20220716_16260164_0051PRINTONLY_rgb, Zoey_20220716_16270069_0052PRINTONLY_rgb, Zoey_20220716_16290854_0054PRINTONLY_rgb, Zoey_20220716_16304271_0056PRINTONLY_rgb, Zoey_20220805_11194568_0067PRINTONLY_rgb, Zoey_20220805_11205291_0068PRINTONLY_rgb, Zoey_20220805_11244283_0069PRINTONLY_rgb, Zoey_20220805_11264008_0070PRINTONLY_rgb, Zoey_20220805_11283010_0071PRINTONLY_rgb, Zoey_20220805_11301023_0072PRINTONLY_rgb, Zoey_20220805_11310437_0073PRINTONLY_rgb, Zoey_20220805_11324411_0074PRINTONLY_rgb, Zoey_20220805_11351136_0075PRINTONLY_rgb, Zoey_20220805_11361905_0076PRINTONLY_rgb, Zoey_20220805_11404691_0077PRINTONLY_rgb, Zoey_20220805_11404691_0077PRINTONLYBORDER_rgb, Zoey_20220805_11472151_0078PRINTONLY_rgb, Zoey_20220805_11472151_0078PRINTONLYBORDER_rgb, Zoey_20220805_11482374_0079PRINTONLY_rgb
- **Published:** June 2022

## Completion/Publication

**Year of Completion:** 2022
**Earliest Publication Date in Group:** January 16, 2022
**Latest Publication Date in Group:** June 26, 2022
**Nation of First Publication:** United States

## Author

- **Author:** Jonny Marlow
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Jonny Marlow
1070 Myra Ave., Los Angeles, CA 90029, United States

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Creative Photographers Inc |
| **Name:** | Geoffrey Katz |
| **Email:** | geoff@cpi-ny.com |
| **Telephone:** | (917)213-8642 |
| **Address:** | 420 East 61st Street Apt 28 E |
|  | New York, NY 10065  United States |

## Certification

|  |  |
|---|---|
| **Name:** | Joe G. Naylor |
| **Date:** | December 06, 2022 |
| **Applicant's Tracking Number:** | USCO-08959 |

|  |  |
|---|---|
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |