**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| CREATIVE PHOTOGRAPHERS INC., <br><br> Plaintiff, <br><br> v. <br><br> CONSEQUENCE SOUND LLC, <br><br> Defendant. | Case No. 9:25-cv-81049-AHS |

**DEFENDANT'S ANSWER**

Defendant Consequence Sound LLC ("Consequence" or "Defendant"), by and through its undersigned counsel, denies each and every allegation made in the Complaint filed by Plaintiff Creative Photographers Inc. ("Plaintiff") except as admitted or qualified as follows:

1. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

7. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

8. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

9. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

10. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

11. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

12. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

13. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

14. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

15. Admitted.

16. Admitted.

17. Denied.

18. Admitted.

19. Denied.

20. Denied.

21. Denied.

22. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

23. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

24. Denied.

25. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

26. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

27. Defendant lacks knowledge or information sufficient to form a belief as to this allegation and therefore denies the same.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

## AFFIRMATIVE DEFENSES

1. **Failure to State a Claim** - Plaintiff is not entitled to relief because Plaintiff has failed to state a claim upon which relief can be granted.

2. **Non-Actionable Fair Use** - Plaintiff is not entitled to relief because Defendant's alleged use of the subject photographs constitutes non-actionable fair use.

3. **License** – Plaintiff is not entitled to relief because Defendant's received the Work in a press packet from NBCU wherein they received a license to use the Work, a headshot of Stephanie Hsu, to promote Hsu's work.

4. **Lack of Standing** – As Jonny Marlow's licensing agent, Plaintiff lacks standing to bring this action.

                                                            Respectfully submitted,

Dated: December 15, 2025          By:    /C. Cory Mauro/
                                                         C. Cory Mauro
                                                         Florida Bar No. 384739
                                                         MAURO LAW P.A.
                                                         1001 Yamato Road, Suite 401
                                                         Boca Raton, Florida 33431
                                                         (t) 561.202.1992
                                                         (e) cory@maurolawfirm.com
                                                         (e) service@maurolawfirm.com

                                                         Anderson J. Duff (*pro hac vice* to be filed)
                                                         DUFF LAW PLLC
                                                         353 Ocean Avenue Ste. 4E
                                                         New York, New York 11226
                                                         (t) 646.450.3607
                                                         (e) ajd@hoganduff.com

                                                         *Attorneys for Defendant*
                                                         *Consequence Sound LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM / ECF.  I also certify that the foregoing document is being served this day on all counsel of record in the manner specified, either via transmissions of Notices of Electronic filing generated by CM / ECF or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                 _/s/ C. Cory Mauro_
                                                 C. Cory Mauro